UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SPARTECH CORPORATION, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:08CV1426 HEA |
| ) | |
| ALBERT HODGIN, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

The Temporary Restraining Order entered in this matter on September 19, 2008 is extended by agreement of the parties to October 21, 2008.

A hearing on Plaintiffs' Motion for Preliminary Injunction will be held on October 21, 2008 at 10 o'clock a.m. in the courtroom of the undersigned.

The Motion for Expedited Discovery, [Doc. No. 4], is denied as moot.

Dated this 3rd day of October, 2008.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE